Date:  12/28/10                                                                                                           Page:

## DIVIDENDS REMITTED TO THE COURT
Check Number 2018 Dated 12/28/10
Case Number 09-36317 - THOMPSON, THOMAS JAMES

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Landmark Surgery Center | 000003 | 50.00 | 4.66 |
| 17 West Exchange, Suite 310 | | | |
| St Paul, MN 55102 | | | |
| 7552 | | | |

---------- Remittance Total ----------

| | | 50.00 | 4.66 |

MICHAEL J. IANNACONE, Trustee

RECEIVED
10 DEC 30  AM 11: 04
U.S. BANKRUPTCY COURT
ST. PAUL, MN